UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OMAR FERNANDEZ,

    Plaintiff,

v.                                      Case No. 5:18cv161-MCR-CJK

STATE OF FLORIDA, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court on referral from the clerk. On July 11, 2018, the court ordered plaintiff to file, within 30 days, an amended complaint on the court form accompanied by either the $400.00 filing fee or an application to proceed *in forma pauperis*. (Doc. 11). Plaintiff was warned that failure to timely comply with the order would result in dismissal of this case. (*Id*.). A copy of the order was mailed to plaintiff at his address of record – Metro West Detention Center. The mail was returned on July 31, 2018, as undeliverable, marked: "No Longer at This Institution; Return to Sender; Unable to Forward". (Doc. 13); *see also* Doc. 12 (returning, for the same reasons, the court's Notice to Pro Se Litigant mailed on July 10, 2018)). To date, plaintiff has not complied with the July 11, 2018, Order, and has not notified the court of his new address.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order and failure to keep the court informed of his current address.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 13th day of August, 2018.

>  /s/ *Charles J. Kahn, Jr.*
>  **CHARLES J. KAHN, JR.**
>  **UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.