UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**OMAR FERNANDEZ,**

    **Plaintiff,**

**v.**                                  **CASE NO. 5:18cv161-MCR-CJK**

**STATE OF FLORIDA, et al.,**

    **Defendants.**

_____/

## **O R D E R**

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated August 13, 2018. ECF No. 14. Plaintiff was mailed a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this Order.

2. This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order and failure to keep the court informed of his current address.

3. The clerk shall close the file.

**DONE AND ORDERED** this 17th day of September 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**